```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW HAMPSHIRE
```

Sarah Galante

    v.

Red Jacket Mountain View, et al        Case No. 21-cv-554-PB

<u>JUDGMENT</u>

In accordance with the following, judgment is hereby entered:

1. Endorsed Order by Judge Paul Barbadoro dated July 28, 2021; and

2. Stipulation of Dismissal dated May 17, 2022.

By the Court:

/s/Tracy A. Uhrin
Tracy A. Uhrin
Chief Deputy Clerk

Date: May 17, 2022

cc: Counsel of Record